# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00351-CR

**Pamela Marie Newton, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 53199, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Pamela Marie Newton filed a notice of appeal following her conviction for evading arrest, but later withdrew the notice of appeal in writing. The trial court has certified that Newton waived her right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed: June 20, 2005

Do Not Publish